# EXHIBIT A

# PARTNERSHIP AGREEMENT

THIS PARTNERSHIP AGREEMENT is made this 1st day of April, 2019, by and between Agro Shelf Ltd. an Israeli Corporation, and GreenTech Organics LLC. A Wyoming registered LLC. collectively referred to as the **Parties**

## Explanatory Statement

The parties hereto desire to enter into the business of manufacturing, sales and distribution as well as management services and developing agriculture related projects with the goal of equal Partnership. In order to accomplish their aforesaid desires, the parties hereto desire to join together in a general partnership, as amended from time to time.

NOW, THEREFORE, in consideration of their mutual promises, covenants, and agreements, the parties hereto do hereby promise, covenant, and agree as follows:

## Definitions

Throughout this Partnership Agreement, and unless the context otherwise requires, the word or words set forth below within the quotation marks shall be deemed to mean the words which follow them:

**A. "Agreement" --** This Partnership Agreement.
**B. "Partner" --** Each of the persons signatory hereto.
**C. "Partnership" --** This general partnership.
**D. "Partnership Interest" --** The share of profits and surplus of a Partner.
**E. "Products" –** as listed in **Appendix A** of this Agreement, which may be amended from time to time by mutual consent of both Parties
**F. "Territory":** - **General Agriculture**: State of California, limited up to San Jose initially. The Territory may be expanded by mutual consent of the Parties
**Cannabis**: California with the option to expand to other States as opportunities arise, to be discussed and agreed by mutual consent of the Parties
**G. "Partnership Rights" --** The property rights of a Partner, which are comprised of a Partner's: (1) rights in specific partnership properties, (2) interests in the Partnership, and (3) rights to participate in the management thereof.

SECTION 1. NAME

The Partnership shall operate under the name of "**AgroMagen**" or such other name as the Partners may from time to time determine. Such name shall be recorded as an assumed name in the State of Wyoming.

SECTION 2. PRINCIPAL PLACE OF BUSINESS

The principal office and place of business of AgroMagen (the "Office") shall be located at Los Angeles, CA (specific address TBA)

SECTION 3. BUSINESS AND PURPOSE

3.1 The primary business and purposes of AgroMagen is to create a functional division that will provide management, sales marketing, and distribution services for AgroMagen product line (the "Products"). Other services include research and evaluation of new agriculture related technologies.

3.2 The attached Memo of Understanding (MOU) signed between the Partners on Sep 17, 2018 is an integral part of this Agreement. See Appendix B

SECTION 4. TERMS

4.1 The Partnership shall commence upon the date of this Agreement, as set forth above. Unless terminated pursuant to the further provisions of this Agreement, the Partnership shall operate for the next two years, with the goal of setting up specific target sales objectives within that time period and moving forward accordingly.

4.2. The Parties shall not assign any of its rights, obligations or privileges (by operation of law or otherwise) hereunder without the prior written consent of the Parties.

4.3 During the two (2) years period mentioned above, both Parties shall devote their best time and effort to promote the Product(s), and devote their time for the best interest of the Partnership's success. Neither Party shall promote solicit or engage in any other product in the Terrotory that may be considered a competitive product while the Partnership is in full force and effect.

SECTION 5. CAPITAL CONTRIBUTION; CAPITAL AND DRAWING ACCOUNTS

5.1 The original capital contributions to the Partnership of each of the Partners shall be made concurrently with their respective execution of this Agreement in the following dollar amounts set forth after their respective names:

| | |
|---|---|
| Agro Shelef Ltd. | $100 |
| GreenTech organic LLC | $100 |

5.2 A capital account readily accessible by all Partners shall be maintained for the partnership.

SECTION 6. PROFIT AND LOSS

The percentages of Partnership Rights and Partnership Interest of each of the Partners in the Partnership shall be as follows:

| | |
|---|---|
| Agro Shelef Ltd. | 50% |
| GreenTech Organic LLC | 50% |

SECTION 7. DISTRIBUTION OF PROFITS

The net cash from operations of the Partnership shall be distributed at such times as may be determined by the Partners in accordance with Section 8 of this Agreement among the Partners in proportion to their respective percentages of Partnership Interest.

SECTION 8. MANAGEMENT OF THE PARTNERSHIP BUSINESS

8.1 All decisions with respect to management, operation, and control of the Partnership business shall be made by the **majority vote or consent of the Directors**
. Meetings may be held for the purpose of making Partnership decisions, and one Partner may call such meetings by notice given to the other partners. Unless otherwise agreed, the meetings shall be held online or at the Partnership office.

8.2 No Partner may take any of the following actions without the consent of all Partners: (a) borrow or lend money on behalf of the Partnership; (b) execute any mortgage, security, bond, pledge of assets, or lease; (c) assign, transfer, or pledge any debts due to the Partnership, or release any such debts except on full payment thereof; (d) compromise any claim due to the Partnership or submit to arbitration or reference any dispute or controversy involving the Partnership; (e) transfer or hypothecate the Partner's interest in the Partnership; or (f) do any act which is detrimental to the best interests of the Partnership or which would make it impossible to carry out the business of the Partnership.

8.3 The Partners, including the Managing Partner, if any, shall devote to the conduct of the Partnership business so much of their time as may be reasonably necessary for the efficient operation of the Partnership business.

SECTION 9. LEGAL TITLE TO PARTNERSHIP PROPERTY

Legal title to the property of the Partnership shall be held in the name of "AgroMagen," It is expressly understood and agreed that the manner of holding title to property (or any part thereof) of the Partnership is solely for the convenience of the Partnership, and that all such property shall be treated as Partnership property subject to the terms of this Agreement.

SECTION 10. BANKING

All revenues of the Partnership shall be deposited regularly in the Partnership savings and checking accounts at such bank or banks as shall be selected by the Partners, and shall be honored for banking purposes, other than the extension of credit to, or the borrowing of money by or on behalf of, the Partnership.

SECTION 11. BOOKS; FISCAL YEAR; AUDITS

Accurate and complete books of account shall be kept by the Partners and entries promptly made therein of all of the transaction of the Partnership, and such books of account shall be **open at all times to the inspection and examination of the Partners**. The books shall be kept on the accrual basis of accounting and the Partnership shall report its income for income tax on either the accrued or cash method of accounting. The fiscal year of the Partnership shall be the calendar year end.

SECTION 12. TRANSFER OF PARTNERSHIP INTEREST AND PARTNERSHIP RIGHTS

No Partner shall, during the term of the Partnership, sell, hypothecate, pledge, assign, or otherwise transfer, with or without consideration, (hereinafter collectively referred to as a "Transfer") any part or all of his Partnership Interest to any other person (a "Transferee"), without first offering (hereinafter referred to as the "Offer") that portion of his Partnership Interest in the Partnership subject to the contemplated transfer (hereinafter referred to as the "Offered Interest") to the Partnership, at a purchase price (hereinafter referred to as the "Transfer Purchase Price"). Transfer Purchase Price shall be decided at the time of the offer to transfer is made. Transfer rights shall be agreed upon by existing partners majority vote.

SECTION 13. DISSOLUTION AND WINDING UP

Should the Partnership elect to dissolve or liquidated, the Partners hereby agree that all of the Partnership assets or debt shall be equally shared by the Partners. The Partnership and shall take full account of the Partnership's liabilities and Property and assets, and the Property and assets shall be liquidated as promptly as is consistent with obtaining the fair value thereof, and the proceeds there from, to the extent sufficient therefore, shall be applied and distributed in the following order:

(a) First, to the payment and discharge of all the Partnership's debts and liabilities to creditors other than Partners;

(b) Second, to the payment and discharge of all of the Partnership's debts and liabilities to Partners; and

(c) The balance, if any, to the Partners in accordance with their capital accounts.

SECTION 14. NOTICES

Any and all notices, offers, acceptances, requests, certifications, and consents provided for in this Agreement shall be in writing.

SECTION 15. GOVERNING LAW

It is the intent of the parties hereto that all questions with respect to the construction of this Agreement and the rights, duties, obligations, and liabilities of the parties shall be determined in accordance with the applicable provisions of the laws of the State of California in the country of the United States of America.

IN WITNESS WHEREOF, the parties have hereunto set their hands and acknowledged this Agreement as of the date first above written.

**Agro Shelef Ltd.**

אגרו שלף בע״מ
ח.פ. 514629823

**GreenTech organic LLC**

GREEN TECH ORGANIC
EIN:82-4517545

**Appendix A: Product List**

1. **GrowSafe –**Cannabis, Ornamentals, Home & Garden
2. **GrowSafe Ag** --General Agriculture Product (Name?) **CropSafe**
3. **Katit**: Vegetable oil based product –to compete with JMS and its derivatives

**Appendix B: Signed MOU** --On the next page

Agro Shelef

# GreenTech Organic LLC -- ~~Mugan~~ Ltd.

+

# Joint Venture Memo Of Understanding (MOU)

Sunday, September 9 2018

**Prologue:**

Agro Shelef

**GreenTech Organic LLC** (GTO) and ~~**Mugan**~~ **Ltd**. (Mugan) wish to sign a Memo of Understanding where GTO and Mugan shall establish a **Joint Venture (JV)** between the parties namely **Agro-Magen LLC** ("Agro-Magen").

**Agro-Magen** shall jointly manufactured, produced distribute and market the product/s (defined in the MOU. This MOU shall be executed by the parties pursuant to the covenants, terms and conditions set forth herein.

The following Memo of Understanding between GTO and Magen will constitute a binding agreement to form the joint Venture under the name of Agro Magen LLC in the Territory (the "Territory"), whereas the Territory" shall be defined initially as California.

Initial here: AT

INITIAL HE

# Breakdown.

## Entity Formation

- Form Limited Liability Company (LLC) or C-Corp (Delaware or WY)
- Proposed Name: **Agro Magen**
    - Expecting US entity will have CA sales rights initially, and to potentially further expand to other territories as cannabis legalization grows and additional markets and opportunities emerge
- Draft agreements
    - Operating Agreement / Articles of Incorporation and Statement of Information
    - File local business license, publication
    - Unit Purchase Agreement
    - Grant Agreement
- Obtain a U.S. Employer Identification Number (EIN) for tax purposes
- Open a U.S. business bank account
- File US Trademark, Patents as necessary

## Product Development

- Feedback existing competing products in US market
- Conduct market penetration/approach
- Label creation (under EPA 25(b) guidelines
- Bottle sizes (accommodate US market needs)
- Establish timelines, resource
- Import / logistics in CA

## Financing

- Business modeling / capital requirements
- JV profit sharing

## Growth Strategy

**Phase I**

- ***California Cannabis Market***: Engage in sales rep network. Setup strategic meetings with:
- Growers. 2) Hydro stores 3) Certification Laboratories 4) Cannabis Conventions for growers only
- Wholesale B2B Development

**Phase II:**

- Ecommerce / online channel sales
    - Online channels
    - Merchant payment to accept payments from around the world
    - Establish Amazon Seller Account. (Cannabis & Home & Garden)
    - Online storefront

Initial here: AT [handwritten initials] INITIAL HERE

## About ~~Mugan~~ Agro Shelef Ltd.

Dedicated to the expansion and penetration of the product GrowSafe in North America market. ~~Mugan~~ Agro Shelef Ltd. shall JV with GreenTech Organic LLC for the purpose of promote, produce, market, and continued R&D of GrowSafe. GrowSafe was developed by ~~Mugan.~~ Agro Shelef

**Main Product**: A combination of several vegetable oils, using a proprietary emulsification technique that preserves all the beneficial ingredients of the vegetable oils and at the same time prevents Phyto-toxic incidents to the treated plants. The end product is a non-poisonous, sustainable and effective formulation effective against a wide range of insects' mites and fungi.

## About GreenTech Organic

GreenTech Organic (GTO) specializes in developing & marketing environmentally friendly products to the agriculture arena. GTO founders and members are experienced professionals with extensive domestic and international contacts covering all aspects of product marketing and distribution. GreenTech Organic LLC shall JV with ~~Mugan~~ Agro Shelef Ltd. for the purpose of promoting, marketing, producing and continued R&D of GrowSafe

## About the Joint Venture

~~Mugan~~ Agro Shelef Ltd. & GreenTech Organic LLC (the "Parties") wish to form a joint entity (JV) base in the US. The JV goal would be to establish market presence, creating an effective marketing arm for GrowSafe. It is hereby agreed by the JV members that the product name will be **GrowSafe**, solely used in the US market. Initially, the JV will focus marketing efforts and activities in California, aiming at the Cannabis and ornamental market. At a later phase (to be discussed), the JV will further expand its activity to cover other agriculture niche markets that can benefit from the JV's product line in the state of California.

### 1. EPA (status):

Prior to entertaining the idea of a JV, Mugan submitted documents to EPA with the ultimate goal of establishing a fully registered EPA pesticide product. The EPA process can take as long as 2-3 years. It was therefore agreed that in order to initiate sales for the Cannabis market a "New Product" conforming to FIRFA 25(b) exempt requirement be introduced. The new FIRFA exempt product will have a revised SDS and labeling in order to distinguish it from the future EPA registered product.

### 2. FIFRA 25b and time frame:

Independent regulatory evaluation by each of the parties confirmed and matched consultant's findings and recommendations.
Exemption products under EPA (25b) filing **do not** need to be registered in California and the process is "self-proclaimed". The exempt product can be launched immediately.

### 3. Plan and Vision:

Launching "New Exempt Product" is divided into several phases:

#### Operating under 25(b)

I. Creating product name –TBD (we have a few suggestions)
II. Creating a new SDS that conforms to EPA 25(b).
III. Creating labels for various size bottles and containers--TBD
IV. The New Product target markets:

INITIAL HE

Initial here: AT
UY ay

*a. Cannabis.*
*b. Ornamental - Under a separate branding.*

Both markets lack new innovative formulation hence timing is perfect for launch. Additionally, this strategy will allow operating and generating revenues while EPA registration proceeds.

V. The "New Product" will be sent to local Cannabis labs confirming that is contains no pesticide residues and/or unwarranted biologicals. (we have a valuable business relationship with one of the leading labs servicing the cannabis industry)

**<u>EPA registered Product and Non-Compete Clause</u>**

a. **Agro Shelef** ~~Mugan~~ initiated registration of its product and technology via a formal EPA recording procedure a few years ago. This process is expected to be completed by 2019.

b. JV recognizes that this process runs separately from JV's current activities. Furthermore, JV recognizes that once EPA registration is completed, the new product ("EPA Registered Product") may potentially compete with the currently exempt product.

c. Due to a. and b. above JV hereby agrees that the new EPA registered product shall **not** compete in any way with the EPA exempt product, whether by territory or by a specific agriculture market niche. JV members hereby agree that in addition to Cannabis and Ornamental markets the JV will define territory and market niche of activity within 2 months from establishment and discuss new ideas and market niches every 6 months. Definition will include target sales and business plan for every territory and market niche that will be reasonable and acceptable by the two parties.

d. Should JV decide to dissolve the partnership at a later time and cease marketing of the EPA exempt product, the EPA registered product shall not be allowed to "**Compete**" or substitute the EPA exempt product for a period of no less than 12 months from the date that the partnership has been dissolved.

e. Should JV decide to cooperate and integrate the newly EPA registered product with JV's existing activities, the JV partners will discuss the terms adding of the new product at that time.

**4. Label:**

- **Agro Shelef** ~~Mugan~~ to provide new label and design for "New Product"
- Label to be sent to a local labeling company(we work with several, all of them **comply with label requirements; Federal and State requirements standards**)
- Alternatively, print label in Israel? --TBD Depend on CA customs

**5. Logistic:**

a) Production process
b) Packaging and label
c) Shipping
d) Storage
e) Distributing

INITIAL H

Initial here: AT

**Production process:**

I. Initially, production will be in Israel.
II. Once sufficient sales volume that justifies partial production in US is established, local manufacturing shall be discussed. Local production goals would be to
  a. Reduce the shipping costs and dependency on shipping company.
  b. Increase potential shelf life and product availability to market.
  c. QC Standards to be established using ~~Mugan~~ Agro Shelef's knowledge base.

**Packaging and label:**

Initial Phase:

I. ~~Mugan~~ Agro Shelef will supply a finished product. The JV to discussed ideal containers` sizes for US market
II. Compare bottling options with competitive products.
III. Ideally, identify container/s size that are available in both Israel and the US
IV. ~~Mugan~~ Agro Shelef to recommend based on knowledge base and past experience

**Shipping**

I. Initially, JV will ship via sea (30-45 days). JV shall obtain a few quotes from local (Israeli) shipping companies. Assaf/Einav to provide all the support documents and physical address for the shipping.

*It is very important to note that service to our customer should be a number one priority and we cannot afford to loss clients due to limited or lack of supply. Due to product relatively short shelf life we need to establish a reliable logistical solution

**Storage:**

I. Initially, Assaf/Einav to provide storage at no cost with capacity to hold approx. 2,000 liters.

**Distribution process:**

Several options based on customer's requirements/needs

I. Sell direct to hydroponics stores. Hydro stores would deal with storage and customers. This option would work once we create some demand for the product. Most hydro stores lack cooling capacity.

II. Initial sales by "distributing by order" meaning that Assaf/Einav will store most of the stock and deliver to stores or growers by incoming PO store/grower by incoming PO's it is a good strategy for promoting a new product. Store owners don`t do not hold inventory and receive good from us once a PO is processed. This strategy would work best with local store --we can provide same day delivery. For stores outside LA area we will use courier (UPS, FedEx) delivery.

III. Additionally, we will accept online purchase from individual growers. Advantage: B to C sales, electronic payment immediate, shipping to be borne by customer.

**Expenses:** JV Funding: Operation, Manufacturing, Marketing--Initial Phase:

During the initial stages of JV operation and up and until such time that the JV turns cash positive, all related production and operating expenses defined below shall be financed by each member of the JV as follows:

INITIAL HE

Initial here: AT

Uy ay

**GreenTech Organic shall fund**:

- Cost of importing the product (EXW-LA (JV warehouse location)
- JV registration, establishment, operational legal paperwork etc.
- Marketing and distribution costs
- Allocate funding required for building a manufacturing facility for the product in the United States

Agro Shelef **~~Mugan~~ Ltd shall fund:**

- Cost of the raw materials and production of the product
- Packaging and Logistics up to factory's gate (EXW)

Other incurred costs to consider and to be discussed on a case by case may include (but not limited to) expenses related to legal and consultants.

The above list may be amended from time to time as needed by mutual consent of the JV members

All expenses above will be given to the JV as a shareholder Loan.

- Additional or large expense: The JV will have to approve it first.
- The JV shall keep on record all receipts.
- On the 30th of each month the JV will calculate what is the required amount that needs to cover the following month.

**Profit share: (General draft)**

- 50/50.
- JV will not pay its owners (Einav/Assaf/Uri/Almog) any salary at the first year. This issue will be discussed separately. JV will initially define salary wages.
- JV will need to retain some amount to cover all ongoing expenses
- Anything left to be shared by the JV partners.

'he date that GreenTech Organic and Mugan Ltd. sign this MOU shall be considered as the "Execution Date." ıny email copy of this MOU shall be deemed to be an original and considered fully legal and binding to all Signatories.

Sincerely,

**GreenTech organic LLC**

By: ______________________
Einav Ronen, Managing Member
By: Assaf Tadmor DVM
Assaf Tadmor, Managing Member

Execution Date: Sept-16-2018

Agro Shelef **~~Mugan~~ Ltd.**

By: ______________________ SIGN HERE
Uri Yaffe, Managing Member
By: ______________________ SIGN HERE
Almog Yaish Managing Member

Execution Date: Sep 17, 2018